IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(AT LOUISVILLE)

| | |
|---|---|
| JAMES W. HOOVER, JR., | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 3:17-cv-00524-GNS |
| WEBBANK, INC., et al., | ) |
| Defendants. | ) |

## JOINT NOTICE OF VOLUNTARY DISMISSAL

Comes the Plaintiff, James W. Hoover, and the Defendant, Trans Union, LLC, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff hereby dismisses with prejudice all of his claims against Defendant, Trans Union, LLC with prejudice. Plaintiff and Trans Union, LLC each party bear their own costs and attorneys' fees.

Respectfully submitted,

*/s/*David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY 40202
(502) 443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

/s/ Sandra D. Jansen (with permission)
Sandra D. Jansen
Schuckit & Associates, PC
4545 Northwestern Drive
Zionsville, IN 46077
317-363-2400
sjansen@schuckitlaw.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on the 20th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

             */s/David W. Hemminger*
             David W. Hemminger