IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JAMES W. HOOVER, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EQUIFAX INFORMATION SERVICES )<br>LLC, et al., )<br>)<br>Defendants. ) | CASE NO. 3:17-cv-00524-GNS |

### NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, James W. Hoover, Jr., pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Notice to Dismiss with prejudice the above-referenced action against Defendant, Equifax Information Services LLC, only, who has neither filed an Answer nor Motion for Summary Judgment in this action. Each party shall bear its own fees and costs.

This 14th day of December, 2017.

HEMMINGER LAW OFFICE, PSC

/s/ David W. Hemminger
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
616 S. Fifth Street
Louisville, KY 40202
*Attorneys for Plaintiff James W. Hoover, Jr.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kendall Carter
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

Christy A. Ames
Stites & Harbison, PLLC - Louisville
400 W. Market Street, Suite 1800
Louisville, KY 40202-3352

Joseph Z. Czerwien
Jones Day - Cleveland
901 Lakeside Avenue
Cleveland, OH 44114


Dated: December 14, 2017.

*/s/ David W. Hemminger*
David W. Hemminger