UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JAMES W. HOOVER, JR.,

       PLAINTIFF,

v.

WEBBANK, INC., ET AL.,

       DEFENDANTS.

CASE NO. 3:17-CV-524-GNS

**AGREED ORDER DISMISSING CLAIMS AGAINST WEBBANK WITH PREJUDICE**

Plaintiff James W. Hoover, Jr. and Defendant WebBank, Inc. agree that all Plaintiff's claims against WebBank should be dismissed with prejudice, with each party to bear its own costs and attorney's fees. The Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiffs' claims against WebBank, Inc. are DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorney's fees.

**Greg N. Stivers, Judge**
**United States District Court**

April 9, 2018