IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(AT LOUISVILLE)

| | |
|---|---|
| JAMES W. HOOVER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:17-cv-00524-GNS |
| | ) |
| WEBBANK, INC., et al., | ) |
| | ) |
| Defendants. | |

**AGREED NOTICE OF VOLUNTARY DISMISSAL**

Comes the Plaintiff, James W. Hoover, and the Defendant, Experian Information Solutions, Inc., and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i) hereby dismisses with prejudice all of their claims against Defendant, Experian Information Solutions, Inc. with prejudice. Plaintiff and Experian Information Solutions, Inc. each bear their own costs and attorneys' fees.

SEEN AND AGREED TO BY:

*/s/*David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY 40202
(502) 443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

*/s/ Joseph Z. Czerwien (with permission)*
Joseph Z. Czerwien
Associate
**JONES DAY® - One Firm Worldwide**[SM]
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Office +1.216.586.1028
jczerwien@jonesday.com
*Counsel for Experian*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/David W. Hemminger
David W. Hemminger